**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rosario Dickerson, ) | No. CV-07-1447-PHX-SMM |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| Glendale Union High School District, ) | |
| ) | |
| Defendant. ) | |

Upon the Motion for Leave to Withdraw of Counsel for Plaintiff (Dkt. 14), filed by Plaintiff's counsel Jerome L. Froimson , and good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion for Leave to Withdraw of Counsel for Plaintiff (Dkt. 14).

**IT IS FURTHER ORDERED** that Jerome L. Froimson is hereby withdrawn as counsel for Plaintiff Rosario Dickerson in this action.

DATED this 22nd day of April, 2008.

Stephen M. McNamee
United States District Judge