**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Rosario Dickerson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Glendale Union High School District,<br><br>　　　　Defendant. | No. CV-07-1447-PHX-SMM<br><br>**ORDER** |

Before the Court is the parties' Stipulation to Modify Rule 16 Schedule (Dkt. 20). The parties request the deadlines for discovery and dispositive motions be extended by an additional three months. The parties state this request is made because Plaintiff's counsel was not retained as counsel of record until June 12, 2008. Good cause appearing,

**IT IS HEREBY ORDERED** granting the Stipulation to Modify Rule 16 Schedule (Dkt. 20). The discovery cutoff deadline is extended up to and including **January 5, 2009**, and the dispositive motion deadline is extended up to and including **February 23, 2009**.

**IT IS FURTHER ORDERED** continuing the Final Pretrial Conference currently scheduled for December 17, 2008 to **Wednesday, April 1, 2009 at 4:00 p.m.**

DATED this 24th day of July, 2008.

Stephen M. McNamee
United States District Judge